THE HONORABLE THOMAS S. ZILLY

**03-CV-01415-NTC**

\_\_\_\_FILED    \_\_\_\_ENTERED
\_\_\_\_LODGED \_\_\_\_RECEIVED

SEP 11 2003   PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, et al.<br><br>    Defendants. | NO. CV 03-1415Z<br><br>NOTICE OF APPEARANCE |

**TO**:         The Clerk of the Court

**AND TO**:   Plaintiff Corbis Corporation and its attorneys, Brett Sommermeyer and

              Dan J. Donlan, Lane Powell Spears Lubersky LLP

**AND TO**:   Defendants

PLEASE TAKE NOTICE of the appearance in this litigation of defendant Amazon.com, Inc. by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

# ORIGINAL

NOTICE OF APPEARANCE (NO. CV 03-1415Z) - 1
[24976-0250/SL032530.064]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

DATED this 11th day of September, 2003.

PERKINS COIE LLP

By _____
Elizabeth L. McDougall, WSBA #27026
Charles C. Sipos, WSBA #32825
Attorneys for Defendant Amazon.com, Inc.

NOTICE OF APPEARANCE (NO. CV 03-1415Z) - 2
[24976-0250/SL032530.064]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

CERTIFICATION

I certify under penalty of perjury under the laws of the State of Washington that on the 11th day of September, 2003, I had delivered a copy of this document to plaintiff Corbis Corporation, via hand-delivery, and to defendants via U.S. Mail.

Signed: _____
Maryellen Walsh

NOTICE OF APPEARANCE (NO. CV 03-1415Z) - 3
[24976-0250/SL032530.064]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888