THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORBIS CORPORATION, a Washington corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation; FAMED AND FRAMED, INC., a New York corporation; FAMOUS FACES INC., a California corporation; HDS PRODUCTIONS, an Arizona company; LEGENDS MEMORABILIA INC., a Canadian corporation; CAROLYN OTWELL (d/b/a MATDILN@AOL.COM), an individual; MOVIE GOODS, INC., a North Carolina corporation; PHOTOS 4 SALE, a Georgia company; PIX POSTER CELLAR, a Massachusetts company; POSTERNOW, GmbH (also d/b/a/ FAUST MULTIMEDIA), a German company; RICKS MOVIE GRAPHICS, INC., a Florida corporation; SIGN HERE AUTOGRAPHS, a Florida company; POSTER PLANET, a Colorado company; ICONOGRAPHICS, an Alabama company; WYNNCO.COM, a South Carolina company; GS TRADING INTERNATIONAL PTY. LTD (also d/b/a MUSIKRUS), an Australian company, and JOHN DOES 1 – 10,

    Defendants.

CV-01415-Z

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

(Clerk's Action Required)

03-CV-01415-ORD

## STIPULATION

Plaintiff Corbis Corporation and defendant Movie Goods, Inc. stipulate that the complaint be dismissed with prejudice.

STIPULATION AND ORDER OF DISMISSAL - 1
CV-01415-Z
118232.0017/1071963.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101

DATED this  9  day of January, 2004.

| LANE POWELL SPEARS LUBERSKY | MOVIE GOODS.COM INC. |
|---|---|
| /s/ Dan J. Donlan | /s/ Bob McLauchlan |
| Dan J. Donlan, WSBA # 25374<br>Brett W. Sommermeyer, WSBA # 30003<br>Attorneys for Plaintiff | Bob McLauchlan<br>President and CEO |

### ORDER OF DISMISSAL

Pursuant to the foregoing stipulation, the parties have agreed to the dismissal of said claims. It is hereby

ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff against Defendant MOVIE GOODS.COM INC. are dismissed with prejudice.

DATED this  14  day of January, 2004.

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

/s/ Dan J. Donlan
_____
Dan J. Donlan, WSBA # 25374
Attorneys for Plaintiff

Copy Received and Notice of Presentation Waived:

MOVIE GOODS.COM INC.

/s/ Bob McLauchlan
_____
Bob McLauchlan
President and CEO

STIPULATION AND ORDER OF DISMISSAL - 2
CV-01415-Z
118232.0017/1071963.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101