THE HONORABLE ROBERT S. LASNIK

FILE COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, et al.,<br><br>Defendants.<br>And Related Counter-Claims | No. CV03-1415L<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST RICK'S MOVIE GRAPHICS, INC.** |

**STIPULATION**

Plaintiff Corbis Corporation ("Corbis") and defendant Rick's Movie Graphics, Inc. ("RMG"), by and through their respective attorneys of record, hereby stipulate to entry of the subjoined Order without further notice to any party.

DATED this 21st day of April 2005.

LANE POWELL SPEARS LUBERSKY LLP

By _____
Dan J. Donlan, WSBA No. 25374
Claire L. Keeley, WSBA No. 32122
Attorneys for Plaintiff
Corbis Corporation

KINGMAN PEABODY PIERSON & FITZHARRIS

By _____
John C. Gibson, WSBA No. 26056
David J. Corey, WSBA No. 26683
Attorneys for Defendant
Rick's Movie Graphics, Inc.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
Case No. CV03-1415L
118232.0017/1160259.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT all claims stated in Corbis' Complaint against RMG are hereby dismissed with prejudice and without costs to any party, including Corbis' claims as to all images upon which Corbis has based its claims against RMG.

DATED: _____.

_____
The Honorable Robert S. Lasnik

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

By_____
  Dan J. Donlan, WSBA No. 25374
  Claire L. Keeley, WSBA No. 32122
Attorneys for Plaintiff
Corbis Corporation
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
DonlanD@lanepowell.com
KeeleyC@lanepowell.com


Copy Received; Approved as to form;
Notice of presentation waived.

KINGMAN PEABODY PIERSON & FITZHARRIS

By_____
  John C. Gibson, WSBA No. 26056
  David J. Corey, WSBA No. 26683
Attorneys for Defendant
Rick's Movie Graphics, Inc.
KINGMAN PEABODY PIERSON & FITZHARRIS
505 Madison Street, Suite 300
Seattle, WA 98104-1123

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
Case No. CV03-1415L
118232.0017/1160259.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Donna M. Weber, hereby declare under penalty of perjury as follows:

On April 21, 2005, Declarant caused the foregoing document to be presented on behalf of plaintiff Corbis Corporation and defendant Rick's Movie Graphics, Inc. to the Clerk of the Court for filing and uploading to the CM/EFC system.  **In accordance with their ECF registration agreement and the Court's** rules, the Clerk of the Court will send e-mail notification of such filing to the following attorney(s):

**Attorneys for Defendant Rick's Movie Graphics, Inc.:**

John Gibson, Esq.
David Corey, Esq.
Kingman, Peabody, Pierson & Fitzharris
505 Madison Street, Suite 300
Seattle, Washington 98104

**Courtesy Copy to Attorney for Defendants Amazon.com, Inc.:**

Elizabeth L. McDougall, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

EXECUTED this 21st day of April, 2005, at Seattle, Washington.

*Donna M. Weber on behalf of DJD*

WSBA #: 25374
Typed Name: Dan J. Donlan, Esq.
Address: Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: donland@lanepowell.com
Attorney(s) For: Plaintiff

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3
Case No. CV03-1415L
118232.0017/1160259.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000