THE HONORABLE ROBERT S. LASNIK

03-CV-01415-ANS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, et al.,<br><br>Defendants.<br>And Related Counter-Claims | No. CV03-1415L<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST AMAZON.COM, INC. AND INTERNET MOVIE DATABASE, INC. |

## STIPULATION

Plaintiff Corbis Corporation ("Corbis") and defendants Amazon.com, Inc. and Internet Movie Database, Inc. (collectively "Amazon.com"), by and through their respective attorneys of record, hereby stipulate to entry of the subjoined Order without further notice to any party.

DATED this 18th day of April 2005.

LANE POWELL PC

By _____
Dan J. Donlan, WSBA No. 25374
Claire L. Keeley, WSBA No. 32122
Attorneys for Plaintiff
Corbis Corporation

PERKINS COIE LLP

By _____
Elizabeth McDougall, WSBA No. 27026
Charles Sipos, WSBA No. 32825
Attorneys for Defendants
Amazon.com, Inc. and Internet Movie Database, Inc.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
Case No. CV03-1415L
118232.0017/1192483.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT all claims stated in Corbis' Complaint against Amazon.com, Inc. and Internet Movie Database, Inc. are hereby dismissed with prejudice and without costs to any party.

DATED: __April 20, 2005__

_____
The Honorable Robert S. Lasnik

Presented by:

LANE POWELL PC

By _____
Dan J. Donlan, WSBA No. 25374
Claire L. Keeley, WSBA No. 32122
Attorneys for Plaintiff
Corbis Corporation
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
DonlanD@lanepowell.com
KeeleyC@lanepowell.com

Copy Received; Approved as to form;
Notice of presentation waived.

PERKINS COIE LLP

By _____
Elizabeth McDougall, WSBA No. 27026
Charles Sipos, WSBA No. 32825
Attorneys for Defendants
Amazon.com, Inc. and Internet Movie Database, Inc.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
Case No. CV03-1415L
118232.0017/1192483.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000