THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation, et al.,<br><br>　　　　　　　　　　　　Defendants.<br>And Related Counter-Claims | No. CV03-1415L<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST RICK'S MOVIE GRAPHICS, INC.** |

## STIPULATION

Plaintiff Corbis Corporation ("Corbis") and defendant Rick's Movie Graphics, Inc. ("RMG"), by and through their respective attorneys of record, hereby stipulate to entry of the subjoined Order without further notice to any party.

DATED this  21st  day of April, 2005.

| LANE POWELL SPEARS LUBERSKY LLP | KINGMAN PEABODY PIERSON & FITZHARRIS |
|---|---|
| By */s Dan J. Donlan*<br>　Dan J. Donlan, WSBA No.25374<br>　Claire L. Keeley, WSBA No. 32122<br>Attorneys for Plaintiff<br>Corbis Corporation | By */s John C. Gibson*<br>　John C. Gibson, WSBA No. 26056<br>　David J. Corey, WSBA No. 26683<br>Attorneys for Defendant<br>Rick's Movie Graphics, Inc. |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
Case No. CV03-1415L
118232.0017/1160259.1

**LANE POWELL SPEARS LUBERSKY LLP**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT all claims stated in Corbis' Complaint against RMG are hereby dismissed with prejudice and without costs to any party, including Corbis' claims as to all images upon which Corbis has based its claims against RMG.

DATED: _April 22, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

By*/s Dan J. Donlan*
　　Dan J. Donlan, WSBA No.25374
　　Claire L. Keeley, WSBA No. 32122
Attorneys for Plaintiff
Corbis Corporation
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
DonlanD@lanepowell.com
KeeleyC@lanepowell.com

Copy Received; Approved as to form;
Notice of presentation waived.

KINGMAN PEABODY PIERSON & FITZHARRIS

By*/s John C. Gibson*
　　John C. Gibson, WSBA No. 26056
　　David J. Corey, WSBA No. 26683
Attorneys for Defendant
Rick's Movie Graphics, Inc.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
Case No. CV03-1415L
118232.0017/1160259.1

KINGMAN PEABODY PIERSON & FITZHARRIS
505 Madison Street, Suite 300
Seattle, WA 98104-1123

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Donna M. Weber, hereby declare under penalty of perjury as follows:

On April 21, 2005, Declarant caused the foregoing document to be presented on behalf of plaintiff Corbis Corporation and defendant Rick's Movie Graphics, Inc. to the Clerk of the Court for filing and uploading to the CM/EFC system.  **In accordance with their ECF registration agreement and the Court's** rules, the Clerk of the Court will send e-mail notification of such filing to the following attorney(s):

**Attorneys for Defendant Rick's Movie Graphics, Inc.:**

John Gibson, Esq.
David Corey, Esq.
Kingman, Peabody, Pierson & Fitzharris
505 Madison Street, Suite 300
Seattle, Washington 98104

**Courtesy Copy to Attorney for Defendants Amazon.com, Inc.:**

Elizabeth L. McDougall, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

EXECUTED this 21st day of April, 2005, at Seattle, Washington.

/s *Donna Weber* on behalf of Dan J. Donlan
**WSBA #:** 25374
**Typed Name:** Dan J. Donlan, Esq.
**Address:** Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
**Telephone:** (206) 223-7000
**Fax:** (206) 223-7107
**E-mail:** donland@lanepowell.com
**Attorney(s) For:** Plaintiff

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 3
Case No. CV03-1415L
118232.0017/1160259.1

**LANE POWELL SPEARS LUBERSKY LLP**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000