THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation; FAMED AND FRAMED, INC., a New York corporation; FAMOUS FACES INC., a California corporation; HDS PRODUCTIONS, an Arizona company; LEGENDS MEMORABILIA INC., a Canadian corporation; CAROLYN OTWELL (d/b/a) MATDILN@AOL.COM), an individual; MOVIE GOODS, INC., a North Carolina corporation; PHOTOS 4 SALE, a Georgia company; PIX POSTER CELLAR, a Massachusetts company; POSTERNOW, GmbH (also d/b/a/ FAUST MULTIMEDIA), a German company; RICKS MOVIE GRAPHICS, INC., a Florida corporation; SIGN HERE AUTOGRAPHS, a Florida company; POSTER PLANET, a Colorado company; ICONOGRAPHICS, an Alabama company; WYNNCO.COM, a South Carolina company; GS TRADING INTERNATIONAL PTY. LTD (also d/b/a MUSIKRUS), an Australian company, and JOHN DOES 1 – 10,<br><br>　　　　　　　　　　Defendants. | NO. CV 03-1415 L<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>*[Clerk's Action Requested]* |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a) - 1
Case No.: CV03-1415L
118232.0017/1236787.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1    Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Corbis Corporation hereby voluntarily
2 dismisses all of its remaining claims in this action.
3    DATED this 29th day of September, 2005.
4                    LANE POWELL PC

By/s *Dan J. Donlan*
     Dan J. Donlan, WSBA No. 25374

Attorneys for Plaintiff
Corbis Corporation

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a) - 2
Case No.: CV03-1415L
118232.0017/1236787.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and caused to be delivered in the manner indicated below, a true and correct copy of said document to the following person(s):

**Via Federal Express Priority Mail Directed to Addressee at:**

Mr. Jeffrey Gainey, Registered Agent
ICONOGRAPHICS, INC.
2210 South First St., Suite J
Austin, TX  78704
Phone: (512) 804-0818

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 29th day of September, 2005, at Seattle, Washington.

By: */s/ Dan J. Donlan*
Signature of Attorney, WSBA #: 25374
Address:    Lane Powell PC
            1420 Fifth Avenue, #4100
            Seattle, WA  98101
Telephone:  (206) 223-7000
Fax:        (206) 223-7107
Attorney for: Plaintiff Corbis Corporation

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a) - 3
Case No.: CV03-1415L
118232.0017/1236787.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000